No. 215. DRAINAGE DISTRICT No. 1 OF RICHARDSON COUNTY ET AL. v. MOONEY. October 10, 1938. Petition

for writ of certiorari to the Supreme Court of Nebraska denied. *Mr. Leonard A. Flansburg* for petitioners. *Mr. J. A. C. Kennedy* for respondent.